of Kings county affirmed, with $10 costs and disbursements.

MILLER, J., dissents.

---

KYLE, Respondent, v. STUCKLE, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Agnes Kyle, as administratrix, against May V. Stuckle. M. M. Schwartzchild, for appellant. G. C. Lay, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LAFAYETTE ST. CHURCH SOCIETY OF BUFFALO, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by the Lafayette Street Church Society of Buffalo against Herbert F. J. Norton. No opinion. Judgment affirmed, with costs.

---

LAKE, Respondent, v. SWENSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Louise H. Lake against Snor Albert Swenson. No opinion. Motion denied, with costs, and stay vacated.

---

LAMM, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Frank Lamm against the International Railway Company. No opinion. Judgment affirmed, with costs.

---

L'ASPERCHES v. CARLO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Salvatore L'Asperches against James D. Carlo. No opinion. Motion granted, with $10 costs. Order filed.

---

LAUTER, Respondent, v. AMERICAN TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Elizabeth Lauter, an infant, by Joseph Lauter, her guardian ad litem, against the American Tobacco Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

LEADAM, Respondent, v. IRON CLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Lionel H. Leadam, assignee of Albert Wisner, against the Iron Clad Manufacturing Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

---

LEFI, Respondent, v. KNAUTH et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by William Lefi against Wilhelm Knauth

and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re LEVENSON. (Supreme Court, Appellate Division, First Department. November 24, 1909.) In the matter of Nathan B. Levenson. No opinion. Motion denied. Settle order on notice.

---

LEVERICH v. GORIN et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Daisy Leverich, as administratrix, etc., against Rachel Gorin and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

---

LEVY, Respondent, v. POPPER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by William Levy against Edward Popper and others. J. R. Dos Passos, for appellants. Daniel P. Hays, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

LEWIS, Respondent, v. ELMSFORD REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Mary A. Lewis against the Elmsford Real Estate Company. No opinion. Judgment affirmed, with costs.

---

LIGOURI, Respondent, v. AMERICAN RY. TRAFFIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Elia Ligouri against the American Railway Traffic Company.

PER CURIAM. Order modified, so as to provide that the motion to amend be granted upon payment of all costs after the service of the answer, including $10 costs of the motion, and, as so modified, affirmed, without costs. Woolsey v. Brooklyn Heights R. R. Co., 129 App. Div. 410, 113 N. Y. Supp. 245.

---

LINDENBORN, Respondent, v. VOGEL, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Solomon Lindenborn against Lillian B. Vogel. M. J. O'Brien, for appellant. B. N. Cardozo, for respondent. No opinion. Determination of Appellate Term reversed, and judgment of the Municipal Court affirmed, with costs in the Appellate Term and in this court. Settle order on notice. See, also, 131 App. Div. 75, 115 N. Y. Supp. 962.

---

LINDHOLM, Respondent, v. WAITE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by John Lindholm against Ralph E. Waite. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Laird, as Administratrix, v. Carton, 89 N. E. 822, re-